# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BANDUCCI, an individual,<br><br>Plaintiff(s),<br><br>vs.<br><br>STEREO VISION ENTERTAINMENT, INC., a Nevada corporation; JACK HONOUR, an individual; BOB MYERS, an individual; SUSAN MOSES, an individual; DOES 1 to 10, inclusive.<br><br>Defendant(s). | Case No.: 2:15-cv-06266 JAK (FFMx)<br><br>Hon. John A. Kronstadt<br><br><br><br>**JUDGMENT**<br><br>**JS-6** |

**IT IS HEREBY ADJUDGED** that Plaintiff's claims are all dismissed with prejudice, that Plaintiff Anthony Banducci shall take nothing, that Defendants shall have judgment against Plaintiff on all claims, and that Defendants shall recover their costs.

**IT IS SO ORDERED**

Dated: January 19, 2017

_____
JOHN A. KRONSTADT
United States District Judge

1